

# Missouri Court of Appeals
## Southern District

**JULY 21, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32825

      Re:    STATE OF MISSOURI,
                Plaintiff-Respondent,
                vs.
                MOSES GRAYSON, JR.,
                Defendant-Appellant.